# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| FREDDIE EUGENE OWENS and BRAD KEITH SIGMON, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; and HENRY McMASTER, in his official capacity as Governor of the State of South Carolina, <br><br> *Defendants*. | Civil Action No.: 3:21-cv-3564-JD <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters and provides notice of his appearance as counsel of record for Defendant Governor Henry McMaster, in his official capacity as Governor of the State of South Carolina ("Governor McMaster"). Counsel respectfully requests that the Clerk of Court and all parties and counsel of record note this appearance on their respective service lists and direct all future pleadings, correspondence, and other relevant matters in connection with this action to his attention.

Respectfully submitted,

s/Wm. Grayson Lambert
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Senior Legal Counsel*
Michael G. Shedd (Fed. Bar No. 13314)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
mshedd@governor.sc.gov

*Counsel for Governor McMaster*

April 20, 2022
Columbia, South Carolina

2